WD/WA #MJ22-5206-01

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| FILED _____ LODGED |
| _____ RECEIVED |
| Oct 12, 2022 |
| CLERK U.S. DISTRICT COURT |
| WESTERN DISTRICT OF WASHINGTON AT TACOMA |
| BY_____ DEPUTY |

United States of America
v.
RICHARD SLAUGHTER

Case: 1:22-mj-00216
Assigned To Magistrate Judge: Upadhyaya, Moxila A.
Assign. Date : 9/30/2022
Description: Complaint w/ Arrest Warrant

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) RICHARD SLAUGHTER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder;
18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings

Date: 09/30/2022

Digitally signed by Moxila A. Upadhyaya
Date: 2022.09.30 15:11:40 -04'00'

Issuing officer's signature

City and state:   Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 09/30/2022, and the person was arrested on (date) 10/12/2022
at (city and state) Tacoma, WA.

Date: 10/12/2022

Arresting officer's signature

Michael Kiley  Special Agent
Printed name and title